# ELECTRONIC RECORD

COA #   06-14-00165-CR          OFFENSE:  21.1

STYLE:  Barney Samuel Bradshaw v. The
State of Texas          COUNTY:  Rusk

COA DISPOSITION:      affirmed          TRIAL COURT:  4th District Court

DATE: 5/5/15          Publish: YES   TC CASE #:      CR13-289

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Barney Samuel Bradshaw v. The
State of Texas          CCA #:      **619-15**

_____PRO SE_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:      _____

_____REFUSED_____          JUDGE:      _____

DATE: __10/07/2015__          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

\----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**